Opinion filed October 21,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00228-CV

                                                    __________

 

                    MIN
RONG ZHENG AND FA WU MA, Appellants

 

                                                             V.

 

                  BRIDGESTONE
FIRESTONE NORTH AMERICAN 

                                           TIRE,
L.L.C., Appellee



 

                                   On
Appeal from the 358th District Court

 

                                                             Ector
County, Texas

 

                                                  Trial
Court Cause No. D-120,041

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Min
Rong Zheng and Fa Wu Ma’s motion for extension of time in which to file a
notice of appeal was overruled on September 30, 2010.  Bridgestone Firestone
North American Tire, L.L.C. has now filed in this court a motion to dismiss. 
The motion is granted, and the appeal is dismissed.

 

October 21, 2010                                                                    PER
CURIAM

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.